## Charter
COMMUNICATIONS
Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

Period Beg/End: 10/25/2019 - 11/07/2019
Advice Date: 11/14/2019
Advice Number: 0067735584
Batch Number: 000000000736

Exemptions    Addl Amt   Addl %
Fed:    S-00
OH(W):  S-00

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

For inquiries on this statement please call: 877-892-4372

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|
| Reg-Hrly | 15.9000 | 70.83 | 1126.20 | 25306.64 |
| Sick-Hrly | 15.9000 | 10.00 | 159.00 | 364.20 |
| Life Imp | | | 0.39 | 8.89 |
| Ot-Hrly | 15.9000 | 1.62 | 38.64 | 3209.33 |
| Va/Co-Hrly | | | | 189.00 |
| CRN SRVAWD | | | | 25.00 |
| Grs Up Tax | | | | 13.84 |
| Hol-Hrly | | | | 633.60 |
| Hol Prem | | | | 401.40 |
| BnsPenAnnl | | | | 1400.00 |
| Vac-Hrly | | | | 1478.70 |
| Other Earns | | | | 833.69 |
| **Gross Pay** | | **82.45** | **1323.84** | **33800.40** |

Bolded lines include prior per. earnings on following pgs

| Taxes | | | Current | Year-to-Date |
|---|---|---|---|---|
| Fed Withholdng | | | 128.35 | 3501.15 |
| Fed MED/EE | | | 19.10 | 488.83 |
| Fed OASDI/EE | | | 81.69 | 2090.17 |
| OH Withholdng | | | 28.81 | 792.53 |
| OH AKR Withholdng | | | 28.00 | 607.47 |
| OH Withholdng | | | 1.79 | 38.18 |
| OH CUY Withholdng | | | 0.10 | 9.97 |
| Other Taxes | | | 2.34 | 81.61 |
| **Total Taxes** | | | **290.18** | **7609.91** |

**Paid Time Off**
Vacation Balance    8.85-
Sick Balance    59.97
Personal Balance    0.00

| Other Deductions | Current | Year-to-Date |
|---|---|---|
| *401K Pre | 39.72 | 971.10 |
| *Den BTax | 5.08 | 116.84 |
| *Vis BTax | 1.52 | 34.96 |
| Vol STD | 0.00 | 105.16 |
| **Total Deductions** | **46.32** | **1228.06** |

*Excluded from taxable wages
**Net Pay** 987.34  24962.43

**Employer Paid Benefits**
| | Current | Year-to-Date |
|---|---|---|
| 401K Pre | 39.72 | 971.10 |
| RAPSuppCon | 39.72 | 971.10 |
| **Total** | **79.44** | **1942.20** |

**Direct Deposit Summary**
Deposit Che XXXXX6099    987.34

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

## Charter
COMMUNICATIONS
Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

Advice Number: 0067735584
Advice Date: 11/14/2019

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Reese, Justin F | Checking XXXXX6099 | 044000037 | 987.34 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

## Charter
COMMUNICATIONS
*Charter Communications, LLC*
*7800 Crescent Executive Dr*
*Charlotte, NC 28217*

# Earnings Statement

Page 002 of 002
Period Beg/End:   10/25/2019 - 11/07/2019
Advice Date:      11/14/2019
Advice Number:    0067735584
Batch Number:     000000000736

Exemptions    Addl Amt   Addl %
Fed:    S-00
OH(W):  S-00

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

**For inquiries on this statement please call: 877-892-4372**

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|

The following earnings from prior pay periods are being paid in this period and included in the Earnings on page 1 (bolded lines).

| Earnings | Pay Period | Rate | Hours Per. | Amount |
|---|---|---|---|---|
| Reg-Hrly | 10/18/19-10/24/19 | 15.9000 | 6.26 | 99.53 |
| Reg-Hrly | 10/18/19-10/24/19 | 15.9000 | 1.91 | 30.37 |
| Reg-Hrly | 10/18/19-10/24/19 | 15.9000 | 0.33 | 5.25 |
| Reg-Hrly | 10/18/19-10/24/19 | 15.9000 | 1.38 | 21.94 |
| Reg-Hrly | 10/18/19-10/24/19 | 15.9000 | 9.88- | 157.09- |

| Other Deductions | Current | Year-to-Date |
|---|---|---|

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS A COLORED BACKGROUND ON THE BACK — HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

## Charter
COMMUNICATIONS

Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

Period Beg/End: 10/11/2019 - 10/24/2019
Advice Date: 10/31/2019
Advice Number: 0067634553
Batch Number: 000000000726

Exemptions    Addl Amt   Addl %
Fed:   S-00
OH(W): S-00

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

**For inquiries on this statement please call: 877-892-4372**

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|
| **Reg-Hrly** | 15.9000 | 55.09 | 875.93 | 24180.44 |
| Vac-Hrly | 15.9000 | 3.00 | 47.70 | 1478.70 |
| Pers-Hrly | 15.9000 | 2.00 | 31.80 | 508.80 |
| Brvm-Hrly | 15.9000 | 17.50 | 278.25 | 278.25 |
| Life Imp | | | 0.39 | 8.50 |
| Va/Co-Hrly | | | | 189.00 |
| CRN SRVAWD | | | | 25.00 |
| Grs Up Tax | | | | 13.84 |
| Sick-Hrly | | | | 205.20 |
| Hol-Hrly | | | | 633.60 |
| Hol Prem | | | | 401.40 |
| Other Earns | | | | 4617.33 |
| **Gross Pay** | | 77.59 | 1233.68 | 32476.56 |

Bolded lines include prior per. earnings on following pgs

| Taxes | | Current | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 117.86 | 3372.80 |
| Fed MED/EE | | 17.80 | 469.73 |
| Fed OASDI/EE | | 76.10 | 2008.48 |
| OH Withholdng | | 25.99 | 763.72 |
| OH AKR Withholdng | | 24.91 | 579.47 |
| OH  Withholdng | | 0.88 | 36.39 |
| OH  Withholdng | | 0.00 | 0.00 |
| Other Taxes | | 1.14 | 89.14 |
| **Total Taxes** | | 264.68 | 7319.73 |

**Paid Time Off**
Vacation Balance        11.93-
Sick Balance            69.09
Personal Balance        0.00

| Other Deductions | Current | Year-to-Date |
|---|---|---|
| *401K Pre | 37.01 | 931.38 |
| *Den BTax | 5.08 | 111.76 |
| *Vis BTax | 1.52 | 33.44 |
| Vol STD | 0.00 | 105.16 |

| Total Deductions | 43.61 | 1181.74 |
|---|---|---|

*Excluded from taxable wages
**Net Pay**             925.39    23975.09

**Employer Paid Benefits**
401K Pre       37.01    931.38
RAPSuppCon     37.01    931.38

| Total | 74.02 | 1862.76 |
|---|---|---|

**Direct Deposit Summary**
Deposit  Che  XXXXX6099       925.39

---

## Charter
COMMUNICATIONS

Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC  28217

Advice Number: 0067634553
Advice Date: 10/31/2019

**Deposited to the account of**   Account Number   Transit/ABA   Amount
Reese, Justin F        Checking  XXXXX6099   044000037   925.39

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

CO  FILE #    012379-011821
HSB  006056556

## Charter
### COMMUNICATIONS
Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

# Earnings Statement

Page 002 of 002
Period Beg/End: 10/11/2019 - 10/24/2019
Advice Date: 10/31/2019
Advice Number: 0067634553
Batch Number: 000000000726

Exemptions   Addl Amt   Addl %
Fed:    S-00
OH(W):  S-00

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

For inquiries on this statement please call: 877-892-4372

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|

The following earnings from prior pay periods are being paid in this period and included in the Earnings on page 1 (bolded lines).

| Earnings | Pay Period | Rate | Hours Per. | Amount |
|---|---|---|---|---|
| Reg-Hrly | 10/04/19-10/10/19 | 15.9000 | 14.99 | 238.34 |
| Reg-Hrly | 10/04/19-10/10/19 | 15.9000 | 1.49 | 23.69 |
| Reg-Hrly | 10/04/19-10/10/19 | 15.9000 | 2.26 | 35.93 |
| Reg-Hrly | 10/04/19-10/10/19 | 15.9000 | 8.52 | 135.47 |
| Reg-Hrly | 10/04/19-10/10/19 | 15.9000 | 27.26- | 433.43- |

| Other Deductions | Current | Year-to-Date |
|---|---|---|

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT
©1998, 2006. ADP, LLC All Rights Reserved
TEAR HERE

CO FILE # 015998-011836
HSB 006056556

## Charter
## Earnings Statement

Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

Page 001 of 002
Period Beg/End: 09/27/2019 - 10/10/2019
Advice Date: 10/17/2019
Advice Number: 0067529005
Batch Number: 00000000716

Exemptions  Addl Amt  Addl %
Fed: S-00
OH(W): S-00

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

For inquiries on this statement please call: 877-892-4372

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|
| **Reg-Hrly** | 15.9000 | 80.00 | 1272.03 | 23304.51 |
| Ot-Hrly | 15.9000 | 7.17 | 171.01 | 3170.69 |
| Life Imp | | | 0.39 | 8.11 |
| Va/Co-Hrly | | | | 189.00 |
| CRN SRVAWD | | | | 25.00 |
| Grs Up Tax | | | | 13.84 |
| Sick-Hrly | | | | 205.20 |
| Emp Acct | | | | 12.00 |
| EmpAcctGU | | | | 6.65 |
| Hol-Hrly | | | | 633.60 |
| Hol Prem | | | | 401.40 |
| Other Earns | | | | 3308.00 |
| **Gross Pay** | | 87.17 | 1443.04 | 31232.89 |

Bolded lines include prior per. earnings on following pgs

| Taxes | | | Current | Year-to-Date |
|---|---|---|---|---|
| Fed Withholdng | | | 142.22 | 3248.78 |
| Fed MED/EE | | | 20.83 | 451.52 |
| Fed OASDI/EE | | | 89.08 | 1930.64 |
| OH Withholdng | | | 32.54 | 736.75 |
| OH AKR Withholdng | | | 26.05 | 553.86 |
| OH Withholdng | | | 2.98 | 35.51 |
| OH Withholdng | | | 0.00 | 0.00 |
| Other Taxes | | | 5.15 | 88.00 |
| **Total Taxes** | | | 318.85 | 7045.06 |

**Paid Time Off**
Vacation Balance       12.00-
Sick Balance           67.26
Personal Balance        2.00

| Other Deductions | Current | Year-to-Date |
|---|---|---|
| *401K Pre | 43.29 | 894.37 |
| *Den BTax | 5.08 | 106.68 |
| *Vis BTax | 1.52 | 31.92 |
| Vol STD | 0.00 | 105.16 |

| Total Deductions | 49.89 | 1138.13 |
|---|---|---|

*Excluded from taxable wages
**Net Pay**    1074.30    23049.70

**Employer Paid Benefits**
401K Pre       43.29    894.37
RAPSuppCon     43.29    894.37

Total          86.58   1788.74

**Direct Deposit Summary**
Deposit Che XXXXX6099    1,074.30

---

VERIFY DOCUMENT AUTHENTICITY COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

## Charter
Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

Advice Number: 0067529005
Advice Date: 10/17/2019

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| Reese, Justin F | Checking | XXXXX6099 | 044000037 | 1074.30 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| | | | | |
|---|---|---|---|---|
| CO FILE # | 015999-011836 | | | |
| HSB 006056556 | | | | |

# Charter
Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

# Earnings Statement

Period Beg/End: 09/27/2019 - 10/10/2019
Advice Date: 10/17/2019
Advice Number: 0067529005
Batch Number: 000000000716

Exemptions  Addl Amt  Addl %
Fed:  S-00
OH(W): S-00

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

For inquiries on this statement please call: 877-892-4372

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|

| Other Deductions | Current | Year-to-Date |
|---|---|---|

The following earnings from prior pay periods are being paid in this period and included in the Earnings on page 1 (bolded lines).

| Earnings | Pay Period | Rate | Hours Per. | Amount |
|---|---|---|---|---|
| Reg-Hrly | 09/20/19-09/26/19 | 15.9000 | 8.94 | 142.15 |
| Reg-Hrly | 09/20/19-09/26/19 | 15.9000 | 2.45 | 38.96 |
| Reg-Hrly | 09/20/19-09/26/19 | 15.9000 | 1.55 | 24.65 |
| Reg-Hrly | 09/20/19-09/26/19 | 15.9000 | 2.21 | 35.14 |
| Reg-Hrly | 09/20/19-09/26/19 | 15.9000 | 3.28 | 52.15 |
| Reg-Hrly | 09/20/19-09/26/19 | 15.9000 | 2.39 | 38.00 |
| Reg-Hrly | 09/20/19-09/26/19 | 15.9000 | 3.71 | 58.99 |
| Reg-Hrly | 09/20/19-09/26/19 | 15.9000 | 0.95 | 15.11 |
| Reg-Hrly | 09/20/19-09/26/19 | 15.9000 | 25.48- | 405.13- |

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

NON-NEGOTIABLE

©1998, 2006 ADP, LLC All Rights Reserved.
© 2002 Automatic Data Processing (PCSUV0)

# Charter
**Charter Communications, LLC**
*7800 Crescent Executive Dr*
*Charlotte, NC 28217*

# Earnings Statement

Page 001 of 002
Period Beg/End:   08/30/2019 - 09/12/2019
Advice Date:      09/19/2019
Advice Number:    0067315660
Batch Number:     000000000696

```
Exemptions    Addl Amt    Addl %
Fed:   S-00
OH(W): S-00
```

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

For inquiries on this statement please call: 877-892-4372

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|
| **BnsPenAnnl** | | | 100.00 | 1400.00 |
| **Ot-Hrly** | 16.5154 | 0.63 | 15.22 | 2938.86 |
| Ot-Hrly | 15.9000 | 4.64- | 110.67- | |
| Ot-Hrly | 16.4938 | 2.08 | 50.23 | |
| Ot-Hrly | 16.5070 | 1.18 | 28.50 | |
| Ot-Hrly | 16.5136 | 0.75 | 18.12 | |
| **Reg-Hrly** | 15.9000 | 23.87 | 379.53 | 21396.48 |
| Ot-Hrly | 17.2746 | 7.02 | 172.25 | |
| **Hol-Hrly** | 15.9000 | 8.00 | 127.20 | 633.60 |
| **Hol Prem** | 23.8500 | 8.13 | 193.90 | 401.40 |
| Life Imp | | | 0.39 | 7.33 |
| **Other Earns** | | 40.00 | 636.00 | 1723.69 |
| Gross Pay | | 87.02 | 1610.28 | 28457.03 |

Bolded lines include prior per. earnings on following pgs

**Taxes**

| | Current | Year-to-Date |
|---|---|---|
| Fed Withholdng | 171.73 | 2977.16 |
| Fed MED/EE | 23.26 | 411.45 |
| Fed OASDI/EE | 99.45 | 1759.31 |
| OH Withholdng | 38.13 | 675.12 |
| OH AKR Withholdng | 30.32 | 494.64 |
| OH AUR Withholdng | 1.22 | 6.32 |
| OH  Withholdng | 4.18 | 32.53 |
| Other Taxes | 0.51 | 76.53 |
| Total Taxes | 368.80 | 6433.06 |

**Paid Time Off**

| | |
|---|---|
| Vacation Balance | 1.84 |
| Sick Balance | 62.93 |
| Personal Balance | 22.00 |

| Other Deductions | Current | Year-to-Date |
|---|---|---|
| *401k | 45.31 | 811.10 |
| *Den BTax | 5.08 | 96.52 |
| *Vis BTax | 1.52 | 28.88 |
| Vol STD | 0.00 | 105.16 |

| | Current | Year-to-Date |
|---|---|---|
| Total Deductions | 51.91 | 1041.66 |

*Excluded from taxable wages

| | Current | Year-to-Date |
|---|---|---|
| Net Pay | 1189.57 | 20982.31 |

**Employer Paid Benefits**

| | Current | Year-to-Date |
|---|---|---|
| 401k | 45.31 | 811.10 |
| RAPSuppCon | 45.31 | 811.10 |
| Total | 90.62 | 1622.20 |

**Direct Deposit Summary**

| | | |
|---|---|---|
| Deposit Che | XXXXX6099 | 1,189.57 |

©1998, 2006. ADP, LLC All Rights Reserved.

© 2002 Automatic Data Processing (PCSU00)

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY- COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

# Charter
**Charter Communications, LLC**
7800 Crescent Executive Dr
Charlotte, NC   28217

Advice Number:   0067315660
Advice Date:     09/19/2019

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Reese, Justin F | Checking  XXXXX6099 | 044000037 | 1189.57 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

```
CO      FILE #        016252-012058
HSR     006056556
```

# Charter
COMMUNICATIONS
*Charter Communications, LLC*
*7800 Crescent Executive Dr*
*Charlotte, NC  28217*

# Earnings Statement

Period Beg/End:  08/30/2019 - 09/12/2019
Advice Date:     09/19/2019
Advice Number:   0067315660
Batch Number:    000000000696

```
Exemptions    Addl Amt   Addl %
  Fed:   S-00
  OH(W): S-00
```

Reese, Justin F
1313 Kohler Ave
Akron, OH  44314

**For inquiries on this statement please call: 877-892-4372**

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|

The following earnings from prior pay periods are being paid in this period and included in the Earnings on page 1 (bolded lines).

| Earnings | Pay Period | Rate | Hours Per. | Amount |
|---|---|---|---|---|
| BnsPenAnnl | 05/31/19-06/06/19 | | | 25.00 |
| Ot-Hrly | 05/31/19-06/06/19 | 16.5154 | 0.63 | 15.22 |
| Ot-Hrly | 05/31/19-06/06/19 | 15.9000 | 0.63- | 15.03- |
| BnsPenAnnl | 06/07/19-06/13/19 | | | 25.00 |
| Ot-Hrly | 06/07/19-06/13/19 | 16.4938 | 2.08 | 50.23 |
| Ot-Hrly | 06/07/19-06/13/19 | 15.9000 | 2.08- | 49.61- |
| BnsPenAnnl | 06/14/19-06/20/19 | | | 25.00 |
| Ot-Hrly | 06/14/19-06/20/19 | 16.5070 | 1.18 | 28.50 |
| Ot-Hrly | 06/14/19-06/20/19 | 15.9000 | 1.18- | 28.14- |
| BnsPenAnnl | 06/21/19-06/27/19 | | | 25.00 |
| Ot-Hrly | 06/21/19-06/27/19 | 16.5136 | 0.75 | 18.12 |
| Ot-Hrly | 06/21/19-06/27/19 | 15.9000 | 0.75- | 17.89- |
| Reg-Hrly | 08/23/19-08/29/19 | 15.9000 | 18.01 | 286.36 |
| Reg-Hrly | 08/23/19-08/29/19 | 15.9000 | 3.05 | 48.50 |
| Reg-Hrly | 08/23/19-08/29/19 | 15.9000 | 1.61 | 25.60 |
| Reg-Hrly | 08/23/19-08/29/19 | 15.9000 | 1.56 | 24.80 |
| Reg-Hrly | 08/23/19-08/29/19 | 15.9000 | 24.23- | 385.26- |

| Other Deductions | Current | Year-to-Date |
|---|---|---|

© 1998, 2006, ADP, LLC All Rights Reserved.
© 2002 Automatic Data Processing (ADP, LLC)
TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

CO FILE # 012317-011757
HSB 006056556

# Charter
COMMUNICATIONS

Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

# Earnings Statement

Period Beg/End: 08/16/2019 - 08/29/2019
Page 001 of 002
Advice Date: 09/05/2019
Advice Number: 0067213997
Batch Number: 000000000686

Exemptions   Addl Amt   Addl %
Fed:    S-00
OH(W):  S-00

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

For inquiries on this statement please call: 877-892-4372

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|
| Reg-Hrly | 15.9000 | 80.00 | 1272.00 | 21016.95 |
| Ot-Hrly | 15.9000 | 2.33 | 55.57 | 2765.21 |
| Life Imp | | | 0.39 | 6.94 |
| Va/Co-Hrly | | | | 189.00 |
| Pers-Hrly | | | | 159.00 |
| CRN SRVAWD | | | | 25.00 |
| Grs Up Tax | | | | 13.84 |
| Hol Prem | | | | 207.50 |
| Sick-Hrly | | | | 205.20 |
| Vac-Hrly | | | | 477.00 |
| Hol-Hrly | | | | 506.40 |
| Other Earns | | | | 1318.65 |
| Gross Pay | | 82.33 | 1327.57 | 26846.75 |

Bolded lines include prior per. earnings on following pgs

| Taxes | | Current | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 128.78 | 2805.43 |
| Fed MED/EE | | 19.16 | 388.19 |
| Fed OASDI/EE | | 81.93 | 1659.86 |
| OH Withholdng | | 28.93 | 636.99 |
| OH AKR Withholdng | | 21.49 | 464.32 |
| OH Withholdng | | 4.11 | 28.35 |
| OH Withholdng | | 0.00 | 0.00 |
| Other Taxes | | 2.59 | 81.12 |
| Total Taxes | | 286.99 | 6064.26 |

| Paid Time Off | | |
|---|---|---|
| Vacation Balance | | 38.76 |
| Sick Balance | | 61.90 |
| Personal Balance | | 22.00 |

| Other Deductions | Current | Year-to-Date |
|---|---|---|
| *401k | 39.83 | 765.79 |
| *Den BTax | 5.08 | 91.44 |
| *Vis BTax | 1.52 | 27.36 |
| Vol STD | 0.00 | 105.16 |
| Total Deductions | 46.43 | 989.75 |

*Excluded from taxable wages

**Net Pay    994.15   19792.74**

| Employer Paid Benefits | | |
|---|---|---|
| 401k | 39.83 | 765.79 |
| RAPSuppCon | 39.83 | 765.79 |
| Total | 79.66 | 1531.58 |

Direct Deposit Summary
Deposit Che XXXXX6099    994.15

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

# Charter
COMMUNICATIONS

Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

Advice Number: 0067213997
Advice Date: 09/05/2019

Deposited to the account of
Reese, Justin F

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX6099 | 044000037 | 994.15 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**Charter**
COMMUNICATIONS
*Charter Communications, LLC*
*7800 Crescent Executive Dr*
*Charlotte, NC 28217*

# Earnings Statement

Period Beg/End:    Page 002 of 002
                    08/16/2019 - 08/29/2019
Advice Date:      09/05/2019
Advice Number:   0067213997
Batch Number:    000000000686

Exemptions    Addl Amt   Addl %
Fed:    S-00
OH(W): S-00

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

For inquiries on this statement please call: 877-892-4372

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|

The following earnings from prior pay periods are being paid in this period and included in the Earnings on page 1 (bolded lines).

| Earnings | Pay Period | Rate | Hours Per. | Amount |
|---|---|---|---|---|
| Reg-Hrly | 08/09/19-08/15/19 | 15.9000 | 6.79 | 107.96 |
| Reg-Hrly | 08/09/19-08/15/19 | 15.9000 | 9.60 | 152.64 |
| Reg-Hrly | 08/09/19-08/15/19 | 15.9000 | 1.43 | 22.74 |
| Reg-Hrly | 08/09/19-08/15/19 | 15.9000 | 6.75 | 107.33 |
| Reg-Hrly | 08/09/19-08/15/19 | 15.9000 | 3.68 | 58.51 |
| Reg-Hrly | 08/09/19-08/15/19 | 15.9000 | 28.25- | 449.18- |

| Other Deductions | Current | Year-to-Date |
|---|---|---|

©1998, 2006. ADP, LLC All Rights Reserved.
TEAR HERE
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

CO       FILE #      016049-011885
HSB    006056556

# Charter
**Charter Communications, LLC**
*7800 Crescent Executive Dr*
*Charlotte, NC 28217*

# Earnings Statement

Page 001 of 002
Period Beg/End:   08/02/2019 - 08/15/2019
Advice Date:      08/22/2019
Advice Number:    0067103600
Batch Number:     000000000677

Exemptions    Addl Amt    Addl %
Fed:    S-00
OH(W):  S-00

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

**For inquiries on this statement please call: 877-892-4372**

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|
| BnsPenAnnl |  |  | 100.00 | 1300.00 |
| Ot-Hrly | 16.8338 | 13.55 | 329.49 | 2709.64 |
| Ot-Hrly | 16.3669 | 13.55- | 326.33- |  |
| Ot-Hrly | 16.4416 | 6.17 | 148.83 |  |
| Ot-Hrly | 15.9000 | 7.61- | 181.50- |  |
| Ot-Hrly | 16.5027 | 1.50 | 36.23 |  |
| Ot-Hrly | 16.4890 | 2.45 | 59.15 |  |
| Reg-Hrly | 15.9000 | 80.00 | 1272.01 | 19744.95 |
| Life Imp |  |  | 0.39 | 6.55 |
| Va/Co-Hrly |  |  |  | 189.00 |
| Pers-Hrly |  |  |  | 159.00 |
| Other Earns |  |  |  | 1453.59 |
| **Gross Pay** |  | **82.51** | **1437.88** | **25519.18** |

Bolded lines include prior per. earnings on following pgs

| Taxes | Current | Year-to-Date |
|---|---|---|
| Fed Withholdng | 151.66 | 2676.65 |
| Fed MED/EE | 20.76 | 369.03 |
| Fed OASDI/EE | 88.76 | 1577.93 |
| OH Withholdng | 32.74 | 608.06 |
| OH AKR Withholdng | 20.99 | 442.83 |
| OH  Withholdng | 1.93 | 24.24 |
| OH  Withholdng | 0.00 | 0.00 |
| Other Taxes | 3.38 | 78.53 |
| **Total Taxes** | **320.22** | **5777.27** |

**Paid Time Off**
Vacation Balance    35.69
Sick Balance        59.16
Personal Balance    22.00

| Other Deductions | Current | Year-to-Date |
|---|---|---|
| *401k | 40.14 | 725.96 |
| *Den BTax | 5.08 | 86.36 |
| *Vis BTax | 1.52 | 25.84 |
| Vol STD | 0.00 | 105.16 |

| Total Deductions | 46.74 | 943.32 |
|---|---|---|
*Excluded from taxable wages
| **Net Pay** | **1070.92** | **18798.59** |

**Employer Paid Benefits**
| 401k | 40.14 | 725.96 |
|---|---|---|
| RAPSuppCon | 40.14 | 725.96 |
| **Total** | **80.28** | **1451.92** |

**Direct Deposit Summary**
Deposit Che    XXXXX6099    1,070.92

---

# Charter
**Charter Communications, LLC**
*7800 Crescent Executive Dr*
*Charlotte, NC 28217*

Advice Number:   0067103600
Advice Date:     08/22/2019

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

| Deposited to the account of | Account Number | Transit/ABA | Amount |
|---|---|---|---|
| Reese, Justin F | Checking  XXXXX6099 | 044000037 | 1070.92 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# Earnings Statement

**Charter**
COMMUNICATIONS
Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

Page 002 of 002
Period Beg/End:  08/02/2019 - 08/15/2019
Advice Date:     08/22/2019
Advice Number:   0067103600
Batch Number:    000000000677

Exemptions    Addl Amt    Addl %
Fed:   S-00
OH(W): S-00

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

For inquiries on this statement please call: 877-892-4372

| Earnings | Rate | Hours | Current | Year-to-Date | | Other Deductions | Current | Year-to-Date |
|---|---|---|---|---|---|---|---|---|

The following earnings from prior pay periods are being paid in this period and included in the Earnings on page 1 (bolded lines).

| Earnings | Pay Period | Rate | Hours Per. | Amount |
|---|---|---|---|---|
| BnsPenAnnl | 04/26/19-05/02/19 | | | 25.00 |
| Ot-Hrly | 04/26/19-05/02/19 | 16.8338 | 13.55 | 329.49 |
| Ot-Hrly | 04/26/19-05/02/19 | 16.3669 | 13.55- | 326.33- |
| BnsPenAnnl | 05/03/19-05/09/19 | | | 25.00 |
| Ot-Hrly | 05/03/19-05/09/19 | 16.4416 | 6.17 | 148.83 |
| Ot-Hrly | 05/03/19-05/09/19 | 15.9000 | 6.17- | 147.15- |
| BnsPenAnnl | 05/10/19-05/16/19 | | | 25.00 |
| Ot-Hrly | 05/10/19-05/16/19 | 16.5027 | 1.50 | 36.23 |
| Ot-Hrly | 05/10/19-05/16/19 | 15.9000 | 1.50- | 35.78- |
| BnsPenAnnl | 05/17/19-05/23/19 | | | 25.00 |
| Ot-Hrly | 05/17/19-05/23/19 | 16.4890 | 2.45 | 59.15 |
| Ot-Hrly | 05/17/19-05/23/19 | 15.9000 | 2.45- | 58.43- |
| Reg-Hrly | 07/26/19-08/01/19 | 15.9000 | 11.35 | 180.47 |
| Reg-Hrly | 07/26/19-08/01/19 | 15.9000 | 5.42 | 86.18 |
| Reg-Hrly | 07/26/19-08/01/19 | 15.9000 | 2.18 | 34.66 |
| Reg-Hrly | 07/26/19-08/01/19 | 15.9000 | 3.91 | 62.17 |
| Reg-Hrly | 07/26/19-08/01/19 | 15.9000 | 12.55 | 199.55 |
| Reg-Hrly | 07/26/19-08/01/19 | 15.9000 | 35.41- | 563.02- |

©1998, 2006. ADP, LLC All Rights Reserved.
TEAR HERE
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
THIS IS NOT A CHECK
NON-NEGOTIABLE
THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

| | | | | |
|---|---|---|---|---|
| CO | FILE # | 012387-011819 | | |
| HSB | 006056556 | | | |

# Earnings Statement

**Charter Communications, LLC**
7800 Crescent Executive Dr
Charlotte, NC 28217

Page 001 of 002
Period Beg/End: 07/19/2019 - 08/01/2019
Advice Date: 08/08/2019
Advice Number: 0066996919
Batch Number: 000000000667

Exemptions   Addl Amt   Addl %
Fed:   S-00
OH(W): S-00

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

For inquiries on this statement please call: 877-892-4372

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|
| Reg-Hrly | 15.9000 | 80.00 | 1272.00 | 18472.94 |
| Ot-Hrly | 15.9000 | 9.83 | 234.45 | 2643.77 |
| Life Imp | | | 0.39 | 6.16 |
| Va/Co-Hrly | | | | 189.00 |
| Pers-Hrly | | | | 159.00 |
| CRN SRVAWD | | | | 25.00 |
| Grs Up Tax | | | | 13.84 |
| Hol Prem | | | | 207.50 |
| BnsPenAnnl | | | | 1200.00 |
| Sick-Hrly | | | | 205.20 |
| Vac-Hrly | | | | 477.00 |
| Other Earns | | | | 525.05 |
| **Gross Pay** | | **89.83** | **1506.45** | **24081.30** |

Bolded lines include prior per. earnings on following pgs

| Taxes | | | Current | Year-to-Date |
|---|---|---|---|---|
| Fed Withholdng | | | 149.61 | 2524.99 |
| Fed MED/EE | | | 21.75 | 348.27 |
| Fed OASDI/EE | | | 93.02 | 1489.17 |
| OH Withholdng | | | 34.52 | 575.32 |
| OH AKR Withholdng | | | 29.18 | 421.84 |
| OH   Withholdng | | | 2.28 | 22.31 |
| OH   Withholdng | | | 0.00 | 0.00 |
| Other Taxes | | | 2.05 | 75.15 |
| **Total Taxes** | | | **332.41** | **5457.05** |

| Other Deductions | Current | Year-to-Date |
|---|---|---|
| *401k | 45.19 | 685.82 |
| *Den BTax | 5.08 | 81.28 |
| *Vis BTax | 1.52 | 24.32 |
| Vol STD | 0.00 | 105.16 |
| **Total Deductions** | **51.79** | **896.58** |

*Excluded from taxable wages
**Net Pay** **1122.25** **17727.67**

| Employer Paid Benefits | | |
|---|---|---|
| 401k | 45.19 | 685.82 |
| RAPSuppCon | 45.19 | 685.82 |
| **Total** | **90.38** | **1371.64** |

**Direct Deposit Summary**
Deposit Che  XXXXX6099    1,122.25

**Paid Time Off**
Vacation Balance   32.61
Sick Balance       56.41
Personal Balance   22.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Charter Communications, LLC**
7800 Crescent Executive Dr
Charlotte, NC 28217

Advice Number: 0066996919
Advice Date: 08/08/2019

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Reese, Justin F | Checking  XXXXX6099 | 044000037 | 1122.25 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

CO FILE # 016629-011978
HSB 006056556

# Charter
COMMUNICATIONS

**Charter Communications, LLC**
*7800 Crescent Executive Dr*
*Charlotte, NC 28217*

# Earnings Statement

Page 001 of 002
Period Beg/End: 07/05/2019 - 07/18/2019
Advice Date: 07/25/2019
Advice Number: 0066895052
Batch Number: 000000000656

Exemptions   Addl Amt   Addl %
Fed:   S-00
OH(W): S-00

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

**For inquiries on this statement please call: 877-892-4372**

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|
| **Reg-Hrly** | 15.9000 | 77.63 | 1234.35 | 17200.94 |
| Ot-Hrly | 15.9000 | 0.78 | 18.60 | 2409.32 |
| Life Imp | | | 0.39 | 5.77 |
| Sick-Hrly | 15.9000 | 3.00 | 47.70 | 205.20 |
| Va/Co-Hrly | | | | 189.00 |
| Pers-Hrly | | | | 159.00 |
| CRN SRVAWD | | | | 25.00 |
| Grs Up Tax | | | | 13.84 |
| Hol Prem | | | | 207.50 |
| BnsPenAnnl | | | | 1200.00 |
| Vac-Hrly | | | | 477.00 |
| Other Earns | | | | 525.05 |
| **Gross Pay** | | 81.41 | 1300.65 | 22674.85 |

Bolded lines include prior per. earnings on following pgs

| Taxes | | | Current | Year-to-Date |
|---|---|---|---|---|
| Fed Withholdng | | | 125.65 | 2375.38 |
| Fed MED/EE | | | 18.77 | 326.52 |
| Fed OASDI/EE | | | 80.25 | 1396.15 |
| OH Withholdng | | | 28.08 | 540.80 |
| OH AKR Withholdng | | | 14.70 | 392.66 |
| OH AUR Withholdng | | | 1.21 | 5.10 |
| OH Withholdng | | | 3.10 | 20.03 |
| Other Taxes | | | 3.76 | 68.00 |
| **Total Taxes** | | | 275.52 | 5124.64 |

| Paid Time Off | | | | |
|---|---|---|---|---|
| Vacation Balance | | | | 29.53 |
| Sick Balance | | | | 53.41 |
| Personal Balance | | | | 22.00 |

| Other Deductions | Current | Year-to-Date |
|---|---|---|
| *401k | 39.02 | 640.63 |
| *Den BTax | 5.08 | 76.20 |
| *Vis BTax | 1.52 | 22.80 |
| Vol STD | 0.00 | 105.16 |

| | Current | Year-to-Date |
|---|---|---|
| **Total Deductions** | 45.62 | 844.79 |
| *Excluded from taxable wages | | |
| **Net Pay** | 979.51 | 16605.42 |

| Employer Paid Benefits | | |
|---|---|---|
| 401k | 39.02 | 640.63 |
| RAPSuppCon | 39.02 | 640.63 |
| **Total** | 78.04 | 1281.26 |

**Direct Deposit Summary**
Deposit Che   XXXXX6099    979.51

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

# Charter
COMMUNICATIONS

**Charter Communications, LLC**
*7800 Crescent Executive Dr*
*Charlotte, NC 28217*

Advice Number:   0066895052
Advice Date:     07/25/2019

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Reese, Justin F | Checking   XXXXX6099 | 044000037 | 979.51 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

**Charter**
COMMUNICATIONS
*Charter Communications, LLC*
*7800 Crescent Executive Dr*
*Charlotte, NC 28217*

# Earnings Statement

Page 002 of 002
Period Beg/End: 07/05/2019 - 07/18/2019
Advice Date: 07/25/2019
Advice Number: 0066895052
Batch Number: 000000000656

```
Exemptions     Addl Amt   Addl %
 Fed:    S-00
 OH(W):  S-00
```

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

**For inquiries on this statement please call: 877-892-4372**

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|

The following earnings from prior pay periods are being paid in this period and included in the Earnings on page 1 (bolded lines).

| Earnings | Pay Period | Rate | Hours Per. | Amount |
|---|---|---|---|---|
| Reg-Hrly | 06/14/19-06/20/19 | 15.9000 | 13.36 | 212.42 |
| Reg-Hrly | 06/14/19-06/20/19 | 15.9000 | 25.46- | 404.81- |
| Reg-Hrly | 06/14/19-06/20/19 | 15.9000 | 2.43 | 38.64 |
| Reg-Hrly | 06/14/19-06/20/19 | 15.9000 | 0.89 | 14.15 |
| Reg-Hrly | 06/14/19-06/20/19 | 15.9000 | 0.70 | 11.13 |
| Reg-Hrly | 06/14/19-06/20/19 | 15.9000 | 2.46 | 39.11 |
| Reg-Hrly | 06/14/19-06/20/19 | 15.9000 | 5.62 | 89.36 |
| Reg-Hrly | 06/21/19-06/27/19 | 15.9000 | 10.82 | 172.04 |
| Reg-Hrly | 06/21/19-06/27/19 | 15.9000 | 15.19- | 241.52- |
| Reg-Hrly | 06/21/19-06/27/19 | 15.9000 | 3.89 | 61.85 |
| Reg-Hrly | 06/21/19-06/27/19 | 15.9000 | 0.48 | 7.63 |
| Reg-Hrly | 06/28/19-07/04/19 | 15.9000 | 8.99 | 142.94 |
| Reg-Hrly | 06/28/19-07/04/19 | 15.9000 | 20.16- | 320.54- |
| Reg-Hrly | 06/28/19-07/04/19 | 15.9000 | 3.71 | 58.99 |
| Reg-Hrly | 06/28/19-07/04/19 | 15.9000 | 0.75 | 11.93 |
| Reg-Hrly | 06/28/19-07/04/19 | 15.9000 | 1.21 | 19.24 |
| Reg-Hrly | 06/28/19-07/04/19 | 15.9000 | 5.50 | 87.45 |

| Other Deductions | Current | Year-to-Date |
|---|---|---|

©1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

## Charter
COMMUNICATIONS

Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

# Earnings Statement

Page 001 of 002
Period Beg/End: 06/07/2019 - 06/20/2019
Advice Date: 06/27/2019
Advice Number: 0066689130
Batch Number: 000000000636

Exemptions  Addl Amt  Addl %
Fed:    S-00
OH(W):  S-00

Reese, Justin F
1313 Kohler Ave
Akron, OH 44314

For inquiries on this statement please call: 877-892-4372

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|
| BnsPenAnnl | | | 600.00 | 1200.00 |
| Ot-Hrly | 19.5568 | 1.02 | 26.19 | 2372.83 |
| Ot-Hrly | 15.9000 | 18.97- | 452.45- | |
| Ot-Hrly | 18.8280 | 11.23 | 284.28 | |
| Ot-Hrly | 19.1272 | 6.48 | 165.00 | |
| Ot-Hrly | 19.3483 | 3.50 | 89.51 | |
| Reg-Hrly | 15.9000 | 80.00 | 1271.99 | 15166.50 |
| Life Imp | | | 0.39 | 4.99 |
| Va/Co-Hrly | | | | 189.00 |
| Sick-Hrly | | | | 157.50 |
| Vac-Hrly | | | | 159.00 |
| Other Earns | | | | 784.54 |
| Gross Pay | | 83.26 | 1984.52 | 20004.37 |

Bolded lines include prior per. earnings on following pgs

| Taxes | | Current | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 265.96 | 2124.34 |
| Fed MED/EE | | 28.68 | 289.25 |
| Fed OASDI/EE | | 122.65 | 1236.81 |
| OH Withholdng | | 52.76 | 484.22 |
| OH AKR Withholdng | | 40.32 | 346.07 |
| OH Withholdng | | 2.52 | 16.93 |
| OH Withholdng | | 0.00 | 0.00 |
| Other Taxes | | 1.90 | 68.13 |
| Total Taxes | | 514.79 | 4565.75 |

**Paid Time Off**
Vacation Balance  43.38
Sick Balance  52.10
Personal Balance  22.00

| Other Deductions | Current | Year-to-Date |
|---|---|---|
| *401k | 41.54 | 563.71 |
| *Den BTax | 5.08 | 66.04 |
| *Vis BTax | 1.52 | 19.76 |
| Vol STD | 0.00 | 105.16 |

| | Current | Year-to-Date |
|---|---|---|
| Total Deductions | 48.14 | 754.67 |
| *Excluded from taxable wages | | |
| Net Pay | 1421.59 | 14683.95 |

**Employer Paid Benefits**
| | Current | Year-to-Date |
|---|---|---|
| 401k | 41.54 | 563.71 |
| RAPSuppCon | 41.54 | 563.71 |
| Total | 83.08 | 1127.42 |

**Direct Deposit Summary**
Deposit  Che  XXXXX6099  1,421.59

©1998, 2006, ADP, LLC All Rights Reserved

---

## Charter
COMMUNICATIONS

Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

Advice Number: 0066689130
Advice Date: 06/27/2019

| Deposited to the account of | | Account Number | Transit/ABA | Amount |
|---|---|---|---|---|
| Reese, Justin F | Checking | XXXXX6099 | 044000037 | 1421.59 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**